Charles L. Post, State Bar No. 160443
Lizbeth V. West, State Bar No. 207137
**weintraub genshlea chediak sproul**
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California   95814
Telephone:   916/558-6000
Facsimile:    916/446-1611

Attorneys for Defendant
Stanley C. Minasian

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>HOLLYWOOD ENTERTAINMENT CORPORATION dba HOLLYWOOD VIDEO-PARADISE #5968; STANLEY C. MINASIAN; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. CIV.S-04-1171 DFL DAD<br><br>ORDER SUBSTITUTING COUNSEL<br>- |

Having considered Defendant Stanley C. Minasian's Application For Substitution of Attorney,

IT IS HEREBY ORDERED that Charles L. Post of the law firm of Weintraub Genshlea Chediak Sproul is counsel of record in this matter on behalf of Defendant Stanley C. Minasian.

Dated: 22 April 2005

　　　　　　　　　　　　　　　　　　/s/ David F. Levi
　　　　　　　　　　　　　　　　　United States District Judge

{9999/CLP/CLP/807209.DOC;}　　　　　1

Order Substituting Counsel