IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMAS O'CAMPO,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLYWOOD ENTERTAINMENT<br>CORPORATION dba HOLLYWOOD<br>VIDEO-PARADISE #5968; STANLEY<br>C. MINASIAN, and DOES 1<br>through 10,<br><br>    Defendants.<br>_____/ | CIV. S-04-1171-DFL-CMK<br><br><u>ORDER RE DISPOSITION AFTER</u><br><u>NOTIFICATION OF SETTLEMENT</u> |

    The court has been advised by Scottlynn J. Hubbard, IV

Esq., that this action has been settled.  Therefore, it is not

necessary that the action remain upon the court's active

calendar.

    Accordingly, IT IS ORDERED:

    1.   That counsel file settlement/dismissal documents, in

1

1 | accordance with the provisions of Local Rule 16-160, no later
2 | than August 22, 2005, and,
3 |     2.  That all hearing dates previously set in this matter
4 | are vacated.
5 |     IT IS SO ORDERED.
6 | Dated:  7/22/2005

_____
DAVID F. LEVI
United States District Judge

2