1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:   (530) 895-3252
4  Fax:   (530) 894-8244

5  Attorneys for Plaintiff

6  PHILLIP BONOTTO, SBN 109257
   TINA BELL, SBN 186019
7  RUSHFORD & BONOTTO
   2277 Fair Oaks Boulevard, Suite 495
8  Sacramento, CA 95825
   Telephone: (916) 565-0590
9  Facsimile: (916) 565-0599

10 Attorneys for Defendant
   HOLLYWOOD ENTERTAINMENT CORPORATION
11 dba HOLLYWOOD VIDEO-PARADISE #5968

12 CHARLES L. POST, SBN 160443
   LIZBETH V. WEST, SBN 207137
13 WEINTRAUB GENSHLEA CHEDIAK SPROUL
   400 Capitol Mall, 11th Floor
14 Sacramento, CA 95814
   Telephone: (916) 558-6000
15 Facsimile: (916) 446-1611

16 Attorneys for Defendant
   STANLEY C. MINASIAN
17

18                   UNITED STATES DISTRICT COURT

19                   EASTERN DISTRICT OF CALIFORNIA

20 DIMAS O'CAMPO,                        Case No. CIV. S 04-1171 DFL CMK

21       Plaintiff,

22 v.                                    **REQUEST FOR DISMISSAL AND ORDER THEREON**

23 HOLLYWOOD ENTERTAINMENT
   CORPORATION dba HOLLYWOOD
24 VIDEO-PARADISE #5968; STANLEY C.
   MINASIAN;  and DOES 1 through 10,
25
         Defendants.
26                                           /
27

28

Request for Dismissal and Order                         O'Campo v. Hollywood Video-Paradise
                                                                    CIV. S-04-1171 DFL CMK

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, Dimas O'Campo, and defendant, Hollywood Entertainment Corporation dba Hollywood Video-Paradise #5968, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: August 25, 2005   LAW OFFICES OF LYNN HUBBARD, III

*/s/ Scott Hubbard, IV*
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff

Dated: August 25, 2005   RUSHFORD & BONOTTO

*Signature on File*
TINA BELL, ESQ.
Attorneys for Defendant Hollywood Entertainment Corporation dba Hollywood Video-Paradise #5968

Dated: August 25, 2005   WEINTRAUB GENSHLEA CHEDIAK SPROUL

*Signature on File*
LIZBETH WEST, ESQ.
Attorneys for Defendant Stanley C. Minasian

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1171 DFL CMK, is hereby dismissed with prejudice.

Dated: 8/25/2005   /s/ David F. Levi
United States District Court Judge